womblebonddickinson.com



**August 26, 2022**

**Clerk of Court**
**United States District Court**
**251 N. Main Street**
**Winston Salem, NC 27101**

Womble Bond Dickinson (US) LLP

One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202-6037

t: 704.331.4900
f: 704.331.4955

Re:     Philadelphia Indemnity Ins. Co. v. Trustees of Rowan-Cabarrus
        Community College; MDNC Case No. 1:22-CV-00041-LCB-JEP

Mark P. Henriques
Partner
Direct Dial: 704-331-4912
Direct Fax: 704-338-7830
E-mail: Mark.Henriques@wbd-us.com

Dear Clerk,

Jasmine Farmer will join Womble Bond Dickinson (US) LLP ("WBD") as an associate on September 6, 2022. Jessica previously served as a law clerk for the Honorable Loretta C. Biggs in the U.S. District Court for North Carolina, Middle District.

Under the applicable Rules of Professional Conduct, WBD is required to screen Ms. Farmer from all matters in which she was involved personally and substantially during her clerkship. As Ms. Farmer's matters are confidential, in an abundance of caution, WBD will screen Ms. Farmer from this matter in front of the Honorable Loretta C. Biggs – *Philadelphia Indemnity Insurance Company v. Trustees of Rowan-Cabarrus Community College*, 1:22cv41-LCB-JEP (M.D.N.C) (the "Matter"). Ms. Farmer is screened from the Matter and is prohibited from working on or being involved in the Matter. Likewise, she is prohibited from bringing to Firm any materials related to her former clerkship or the Matter.

If you have any questions or concerns, please do not hesitate to call me.

Respectfully,

**Womble Bond Dickinson (US) LLP**

Mark P. Henriques

cc:     Jeffrey S. Price (via email to: jprice@manierherod.com)
        Brian D. Darer (via email to: briandarer@parkerpoe.com)

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.
WBD (US) 57509652v1