IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TRUSTEES OF ROWAN-CABARRUS COMMUNITY COLLEGE, | ) ) ) | Case No. 1:22-CV-00041-LCB-JEP |
| Defendant & Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| THE JOHN R. MCADAMS COMPANY, INC. | ) ) ) | |
| Third-Party Defendant. | ) | |

**LOCAL RULES 5.4 AND 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS**

[X] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

[__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

1

[X] Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[__] Alternative Proposal for Cases with Many Confidential Documents. In order to address claims of confidentiality and reduce the need to file briefs and exhibits under seal, the parties propose the alternative procedure set out in the attached proposal, either jointly or as competing alternatives, for consideration by the Court.

[ ] Other relevant information: _____

This the 21st day of June, 2023.

Signatures:

*/s/ Jeffrey S. Price*
Jeffrey S. Price
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: (615) 742-9358
jprice@manierherod.com

*Attorney for Plaintiff Philadelphia Indemnity Insurance Company*

*/s/ Mark P. Henriques (with permission)*
Mark P. Henriques
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com

Kenneth R. Michael
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3644
Facsimile: (336) 733-8375
Ken.Michael@wbd-us.com

*Attorneys for Defendant/Third-Party Plaintiff Trustees of Rowan-Cabarrus Community College*


*/s/ Brian D. Darer (with permission)*
Brian D. Darer
Russell B. Killen
Ethan A. Johnson
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 835-4630
Facsimile: (919) 834-4564
russellkillen@parkerpoe.com
briandarere@parkerpoe.com
ethanjohnson@parkerpoe.com

*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system upon the following parties on the 21st day of June, 2023.

| | |
|---|---|
| Mark P. Henriques<br>WOMBLE BOND DICKINSON (US) LLP<br>301 South College Street, Suite 3500<br>Charlotte, North Carolina 28202-6037<br>Telephone: (704) 331-4912<br>Facsimile: (704) 338-7830<br>Mark.Henriques@wbd-us.com<br>*Attorney for Defendant RCCC* | Kenneth R. Michael<br>WOMBLE BOND DICKINSON (US) LLP<br>One West Fourth Street<br>Winston Salem, NC 27101<br>Telephone: (336) 721-3644<br>Facsimile: (336) 733-8375<br>Ken.Michael@wbd-us.com<br>*Attorney for Defendant RCCC* |
| Brian D. Darer<br>Russell B. Killen<br>Ethan A. Johnson<br>PARKER POE ADAMS & BERNSTEIN LLP<br>301 Fayetteville Street, Suite 1400<br>Raleigh, North Carolina 27601<br>Telephone: (919) 835-4630<br>Facsimile: (919) 834-4564<br>russellkillen@parkerpoe.com<br>briandarer@parkerpoe.com<br>ethanjohnson@parkerpoe.com<br>*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.* | |

                                                                                       */s/ Jeffrey S. Price*