IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TRUSTEES OF ROWAN-CABARRUS COMMUNITY COLLEGE, | )  Case No. 1:22-CV-00041-LCB-JEP<br>)<br>) |
| Defendant & Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| THE JOHN R. MCADAMS COMPANY, INC. | )<br>)<br>) |
| Third-Party Defendant. | ) |

## JOINT NOTICE OF DISMISSAL

Plaintiff Philadelphia Indemnity Insurance Company, Defendant/Third-Party Plaintiff Trustees of Rowan-Cabarrus Community College, and Third-Party Defendant The John R. McAdams Company, Inc. (the "Parties"), by and through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby notify the Court that they have reached a compromise of all issues in this matter and stipulate to the dismissal, with prejudice, of all claims asserted by and between the Parties in this lawsuit. The Parties have filed a proposed Agreed Order of Dismissal along with this Joint Notice.

Respectfully submitted,

*/s/ Jeffrey S. Price*
Jeffrey S. Price
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

1

Telephone: (615) 742-9358
jprice@manierherod.com

*Attorney for Plaintiff Philadelphia Indemnity Insurance Company*


/s/ Mark P. Henriques (with permission)
Mark P. Henriques
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com

Kenneth R. Michael
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3644
Facsimile: (336) 733-8375
Ken.Michael@wbd-us.com

*Attorneys for Defendant/Third-Party Plaintiff Trustees of Rowan-Cabarrus Community College*


/s/ Brian D. Darer (with permission)
Brian D. Darer
Russell B. Killen
Ethan A. Johnson
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 835-4630
Facsimile: (919) 834-4564
russellkillen@parkerpoe.com
briandarer@parkerpoe.com
ethanjohnson@parkerpoe.com

*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.*

# CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing was served via email upon the following parties on the 28th day of December, 2023.

Mark P. Henriques
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com

*Attorney for Defendant RCCC*

Kenneth R. Michael
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Telephone: (336) 721-3644
Facsimile: (336) 733-8375
Ken.Michael@wbd-us.com

*Attorney for Defendant RCCC*

Brian D. Darer
Russell B. Killen
Ethan A. Johnson
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 835-4630
Facsimile: (919) 834-4564
russellkillen@parkerpoe.com
briandarer@parkerpoe.com
ethanjohnson@parkerpoe.com

*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.*

                 */s/ Jeffrey S. Price*