**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRUSTEES OF ROWAN-CABARRUS COMMUNITY COLLEGE,** | ) | **Case No. 1:22-CV-00041-LCB-JEP** |
| | ) | |
| **Defendant & Third-Party Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE JOHN R. MCADAMS COMPANY, INC.** | ) | |
| | ) | |
| **Third-Party Defendant.** | ) | |

## AGREED ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Notice of Dismissal. It appearing that the parties, by and through respective counsel, and as evidenced by their signatures on the Joint Notice of Dismissal, desire that the Complaint filed by Plaintiff Philadelphia Indemnity Insurance Company ("Philadelphia") and Trustees of Rowan-Cabarrus Community College's ("RCCC") Counterclaim and Third-Party Complaint be voluntarily dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Philadelphia's Complaint and RCCC's Counterclaim and Third-Party Complaint are hereby dismissed, with prejudice.

So **ORDERED** this _____ day of _____, 202_.

1

_____
UNITED STATES MAGISTRATE JUDGE
JOI ELIZABETH PEAKE

APPROVED FOR ENTRY:

_/s/ Jeffrey S. Price_
_____
Jeffrey S. Price, NC Bar No. 42590
Manier & Herod, P.C.
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: (615) 742-9358
jprice@manierherod.com

_Attorney for Plaintiff Philadelphia Indemnity_
_Insurance Company_

_/s/ Mark P. Henriques (with permission)_
_____
Mark P. Henriques
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com

Kenneth R. Michael
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston Salem, North Carolina 27101
Telephone: (336) 721-3644
Facsimile: (336) 733-8375
Ken.Michael@wbd-us.com

_Attorneys for Defendant/Third-Party_
_Plaintiff Trustees of Rowan-Cabarrus_
_Community College_

2

*/s/ Brian D. Darer (with permission)*

Brian D. Darer
Russell B. Killen
Ethan A. Johnson
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 835-4630
Facsimile: (919) 834-4564
russellkillen@parkerpoe.com
briandarer@parkerpoe.com
ethanjohnson@parkerpoe.com

*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system upon the following parties on the 28th day of December, 2023.

Mark P. Henriques
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4912
Facsimile: (704) 338-7830
Mark.Henriques@wbd-us.com

*Attorney for Defendant RCCC*

Kenneth R. Michael
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston Salem, NC 27101
Telephone: (336) 721-3644
Facsimile: (336) 733-8375
Ken.Michael@wbd-us.com

*Attorney for Defendant RCCC*

Brian D. Darer
Russell B. Killen
Ethan A. Johnson
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 835-4630
Facsimile: (919) 834-4564
russellkillen@parkerpoe.com
briandarer@parkerpoe.com
ethanjohnson@parkerpoe.com

*Attorneys for Third-Party Defendant The John R. McAdams Company, Inc.*

/s/ Jeffrey S. Price
_____

4